IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL MUELLER,

Plaintiff,

vs.                                                              Case No. 1 20-cv-00231-JCH-LF

CITY OF RIO RANCHO,

Defendant.

## STIPULATION OF DISMISSAL

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses the claims asserted herein with prejudice, the parties to bear their own attorney's fees and costs.

/s/Paul Mueller
Paul Mueller, *pro se*
1752 Lee Loop
Rio Rancho, New Mexico 87144
(505) 730-0447
undocumentedgringo@hotmail.com

Approved:

Montgomery & Andrews, P.A.

By: /s/Randy S. Bartell
        Randy S. Bartell
Attorneys for Defendant
P.O. Box 2307
Santa Fe, New Mexico 87504
(505) 986-2504
rbartell@montand.com